IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

HAJI JOHNSON, DANNY J. GARRETT,
DENNIS H. JACKSON,                                                      ORDER
EMANUEL D. JOHNSON,
SHELTON LOVE, CHARLES L. MOBLEY,                            10-cv-330-bbc
MARK D. PETERSON, JAMES PRICE,
JOHN ROUNDS and MARVIN BELLINGER,

                Plaintiffs,

     v.

RANDALL HEPP, TIM HAINES,
CHERYL WEBSTER, RICK REAMISCH
and ISREAL OZANNE,
                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      In an order entered in this case on July 23, 2010, I directed each plaintiff to advise the court no later than August 13, 2010 whether he wished to prosecute this action. In addition, I ordered that any plaintiff who opted to proceed with the action would have until August 13 in which to submit a trust fund account statement for the period beginning December 14, 2009 and ending June 14, 2010. Finally, I stated that any plaintiff who failed to respond to the July 23 order, or who advised the court that he does not want to remain a party to the complaint would be considered to have opted out of the lawsuit and would be

1

dismissed without owing a filing fee.

At this point, because none of the plaintiffs have submitted a trust fund account statement or complied with the July 23 order, this case will be dismissed.

ORDER

IT IS ORDERED that this case is DISMISSED without prejudice for the plaintiffs' failure to prosecute it.

Entered this 7th day of September, 2010.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge

2