IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

HAJI JOHNSON, DANNY J. GARRETT,
DENNIS H. JACKSON,
EMANUEL D. JOHNSON,
SHELTON LOVE, CHARLES L. MOBLEY,
MARK D. PETERSON, JAMES PRICE,
JOHN ROUNDS and MARVIN BELLINGER,

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-330-bbc

    Plaintiffs

v.

RANDALL HEPP, TIM HAINES,
CHERYL WEBSTER, RICK RAEMISCH
and ISREAL OZANNE,

    Defendants.

---

    This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED

that judgment is entered dismissing this case without prejudice for plaintiffs' failure to prosecute.

_Peter Oppeneer_       9/8/10
Peter Oppeneer, Clerk of Court      Date